**Order entered February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00185-CV

## IN RE UNIVERSITY GENERAL HOSPITAL, L.P., DUFEK MASSIF HOSPITAL CORPORATION A/K/A UNIVERSITY GENERAL HOSPITAL DALLAS, UGHS DALLAS HOSPITALS, INC., AND HASSAN CHAHADEH, M.D., Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02875-A**

## ORDER

The Court has before it the unopposed Motion to Use Appellate Record in Support of Petition for Writ of Mandamus in which relators request the Court to allow the use of the appellate record from Cause No. 05-13-01751-CV; *University General Hospital, L.P., Dufek Massif Hospital Corporation a/k/a University General Hospital Dallas, UGHS Dallas Hospitals, Inc., and Hassan Chahadeh, M.D., v. Reed Migraine Centers of Texas, PLLC, Dr. Kenneth Reed, M.D., and Neuro Stim Technologies, LLC*, as the record in support of Relators' Petition for Writ of Mandamus. The Court **GRANTS** the motion.

Upon review of the record and the briefing on file in the above captioned mandamus, Cause No. 05-14-00185-CV, and the appeal in Cause No. 05-13-01751-CV, the Court concludes that there is substantial overlap among the issues presented by the appeal, Cause No. 05-13-01751-CV, and the petition for writ of mandamus, Cause No. 05-14-00185-CV. Accordingly, on

its own motion the Court **CONSOLIDATES** the petition for writ of mandamus, Cause No. 05-14-00185-CV, into the appeal, Cause No. 05-13-01751-CV.  The Court **ORDERS** that all future pleadings be filed in Cause No. 05-13-01751-CV.  Appellee may file a single, consolidated brief in response to the petition for writ of mandamus and the appeal, which shall be filed on or before March 6, 2014.

/s/     DOUGLAS S. LANG
          JUSTICE